Fill in this information to identify the case:

Debtor name: **Kut Auto Finance, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known): 25-00389-11

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                         12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................. $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................ $ 3,435,442.73

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $ 3,435,442.73

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................... $ 2,289,907.81

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................... $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................. +$ 440,261.25

4. **Total liabilities**
   Lines 2 + 3a + 3b ................................................................................ $ 2,730,169.06

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Good Floor Loans, LLC**<br>Creditor's Name<br>Attn: Mark Jensen<br>3460 Lotus Drive, Ste 100<br>Plano, TX 75075<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>1/31/2023<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Vehicles on the floor plan**<br><br>Describe the lien<br>**Security Agreement - UCC**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $246,752.80 | $539,955.00 |
| **2.2** **Primalend Capital Partners, LP**<br>Creditor's Name<br>Attn: Mark Jensen<br>3460 Lotus Drive, Ste 100<br>Plano, TX 75075<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>12/30/2022<br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**Accounts Receivable, Cash, Checking Account, Office Furniture and Equipment and Non Floor Planned Vehicles**<br><br>Describe the lien<br>**Security Agreement - UCC**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $2,037,287.06 | $2,397,768.73 |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | Snap-On Tools | Describe debtor's property that is subject to a lien | $5,867.95 | $7,500.00 |

Creditor's Name
c/o Richard Sanders
999 Lane Drive
Pell City, AL 35128
Creditor's mailing address

AC Machine and Zeus Automobile Diagnostic Scanner

Describe the lien
UCC

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
10/2024

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $2,289,907.81

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Kut Auto Finance, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | **25-00389-11** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **Schedule D: Secured Creditors**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 11, 2025**      X **/s/ Nathan Syme**
                                           Signature of individual signing on behalf of debtor

                                        **Nathan Syme**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Amended Schedule D has been served on the following parties and all others requesting service by CM/ECF on this the _11th_ day of __February__, 2025.

Office of the Bankruptcy Administrator
Jon Dudeck – **jon_dudeck@alnba.uscourts.gov**

Dennis Schilling
Subchapter V Trustee – schillinglawoffice@gmail.com

Jason Kathman
Spencer Fane LLP
5700 Granite Parkway, Ste 650
Plano, TX 75024
jkathman@spencerfane.com

/s/ Steven D. Altmann
Steven D. Altmann

OF COUNSEL:
The Nomberg Law Firm
3940 Montclair Road, Ste 401
Birmingham, AL 35213
(205) 930-6900